IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEROME W. KOBISHOP,

        Plaintiff,        JUDGMENT IN A CIVIL CASE

v.        13-cv-357-bbc

LORI KOBISHOP,

        Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Jerome W. Kobishop leave to proceed and dismissing this case for failure to state a claim upon which relief may be granted.

/s/        7/26/2013

Peter Oppeneer, Clerk of Court        Date